PROB 12C
(6/16)

Report Date: February 3, 2017

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 03, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Horacio Mancilla | Case Number: 0980 2:11CR02047-RHW-1 |
| Address of Offender:                , Grandview, Washington | |

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: December 14, 2011

Original Offense:     Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 51 months; TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: April 15, 2016 | |
| Defense Attorney: | Rebecca Pennell | Date Supervision Expires: April 14, 2019 | |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     **Standard Condition # 2**:  The defendant shall report to the probation officer in the manner and frequency directed by the court or probation officer.

       **Supporting Evidence**:  Mr. Mancilla failed to submit a written report in September, October, November, and December 2016.

       On August 2, 2016, a United States Probation Officer conducted a home visit with Mr. Mancilla.  During that visit, Mr. Mancilla was instructed to continue to mail his monthly report forms to this officer.  Mr. Mancilla failed to do so as directed.

2     **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

       **Supporting Evidence**:  On or about December 1, 2016, Mr. Mancilla moved from Wapato, Washington, to Grandview, Washington, and failed to notify this officer of the change in address.

Prob12C
**Re: Mancilla, Horacio**
**February 3, 2017**
**Page 2**

On January 10, 2017, this officer attempted to make contact with Mr. Mancilla at his Wapato, Washington, address. During that attempt, this officer learned from a neighbor that Mr. Mancilla and his family no longer lived at that residence. This officer approached the home and could see the home was indeed empty.

On January 11, 2017, this officer spoke with Mr. Mancilla's mother who stated they moved from the residence to a residence in Grandview, Washington, at the beginning of December 2016. She provided this officer with their current address.

On January 11, 2017, this officer was able to make contact with Mr. Mancilla and his mother at the new residence. Mr. Mancilla was confronted about failing to notify this officer of the change in address but did not offer a reason as to why he failed to provide notification.

3    **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Mancilla failed to report for urinalysis testing on August 22, September 9, October 20, November 21, and December 22, 2016, as well as January 23, 2017.

On April 15, 2016, Mr. Mancilla complete an initial intake with the United States Probation Office. At that time, it was explained that he would be required to provide one random uranalysis test per month at Merit Resource Services. Mr. Mancilla signed a substance abuse testing instruction form. Since August, 2016, Mr. Mancilla has failed to submit to urinalysis testing as directed.

4    **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On January 20, 2017, Mr. Mancilla provided a urinalysis sample to this officer which yielded presumptive positive for methamphetamine.

On January 20, 2017, Mr. Mancilla reported to the United States Probation Office as directed. During that visit, he provided this officer with a urinalysis sample which yielded presumptive positive for methamphetamine. This sample was sent to Alere Toxicology (Alere) for confirmation. On January 31, 2017, Alere confirmed the sample to be positive for methamphetamine.

6    **Standard Condition # 2**: The defendant shall report to the probation officer in the manner and frequency directed by the court or probation officer.

**Supporting Evidence**: Mr. Mancilla failed to report to the United States Probation Office on January 30, 2017.

On January 25, 2017, Mr. Mancilla reported to the United States Probation Office. During that visit, this officer instructed him to report next on January 30, 2017, but he failed to report as directed.

Prob12C
**Re: Mancilla, Horacio**
**February 3, 2017**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 3, 2017

s/Jonathan G. Barcom

Jonathan G Barcom
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

2/3/2017

Date