Report Date: May 31, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Horacio Mancilla | Case Number: 0980 2:11CR02047-SAB-1 |
| Address of Offender: | Grandview, WA 98930 |

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: December 14, 2011

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 51 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | October 8, 2014 |
| Defense Attorney: | Alex B. Hernandez | Date Supervision Expires: | October 7, 2017 |

## PETITIONING THE COURT

To issue a warrant and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 02/03/2017.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Mancilla consumed methamphetamine on or about May 21 and 28, 2017. |
| | On May 25, 2017, this officer conducted a home visit with Mr. Mancilla. A urinalysis (UA) sample was collected which yielded a presumptive positive for methamphetamine. Mr. Mancilla admitted to consuming methamphetamine on or about May 21, 2017. |
| | On May 31, 2017, this officer conducted a home visit with Mr. Mancilla. An attempt was made to collect a UA sample which was unsuccessful. This officer asked Mr. Mancilla when he last consumed methamphetamine. He admitted to using methamphetamine on May 28, 2017. Mr. Mancilla signed a drug use admission form. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 31, 2017

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

THE COURT ORDERS

- [ ]  No Action
- [xx] The Issuance of a Warrant
- [ ]  The Issuance of a Summons
- [xx] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]  Defendant to appear before the Judge assigned to the case.
- [xx] Defendant to appear before the Magistrate Judge.
- [ ]  Other

Signature of Judicial Officer

6/1/2017

Date