PROB 12C
(6/16)

Report Date: July 21, 2017

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 24, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Horacio Mancilla        Case Number: 0980 2:11CR02047-SAB-1

Address of Offender: 628 E. 3rd Street, Grandview, Washington 98930

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: December 14, 2011

Original Offense:        Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison - 51 months              Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Thomas J. Hanlon                Date Supervision Commenced: October 8, 2014

Defense Attorney:        Alex B. Hernandez, III          Date Supervision Expires: October 7, 2017

## PETITIONING THE COURT

**TO ISSUE A WARRANT** and to incorporate the violations contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/03/2017 and 06/01/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about July 16, 2017, Mr. Mancilla consumed methamphetamine.

Mr. Mancilla's conditions were reviewed with him on April 15, 2016. He signed his judgement acknowledging an understanding of his conditions, which includes special condition number 17 as noted above.

On July 18, 2017, Mr. Mancilla reported to the United States Probation Office. This officer collected a urine sample which yielded a presumptive positive result for methamphetamine. Mr. Mancilla admitted to consuming methamphetamine on or about July 16, 2017, and signed a drug use admission form.

Prob12C
Re: Mancilla, Horacio
July 21, 2017
Page 2

| | | |
|---|---|---|
| | 9 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

**Supporting Evidence**: On July 21, 2017, Mr. Mancilla failed to report to the United States Probation Office as instructed.

Mr. Mancilla's conditions were reviewed with him on April 15, 2016. He signed his judgement acknowledging an understanding of his conditions, which includes standard condition number 3 as noted above.

On July 18, 2017, Mr. Mancilla reported to the United States Probation Office. During that visit, this officer instructed him to report again to the United States Probation Office on July 21, 2017, at 9 am. On July 21, 2017, Mr. Mancilla failed to report as directed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 21, 2017

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[xx]  The Issuance of a Warrant
[ ]   The Issuance of a Summons
[xx]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[xx]  Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

7/24/2017
Date