PROB 12C
(6/16)

Report Date: March 7, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 07, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Horacio Mancilla | Case Number: | 0980 2:11CR02047-SAB-1 |

Address of Offender:  Grandview, Washington 98930

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: December 14, 2011

Original Offense:  Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:  Prison - 51 months; TSR - 36 months         Type of Supervision: Supervised Release

Revocation Sentence:
November 29, 2017   Prison - 6 months; TSR - 30 months

Asst. U.S. Attorney:  Thomas J. Hanlon          Date Supervision Commenced: February 24, 2018

Defense Attorney:  Alex B. Hernandez, III          Date Supervision Expires: August 23, 2020

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: On March 5, 2018, Mr. Mancilla failed to report as directed to the United States Probation office.

On February 28, 2018, Mr. Mancilla reported to the probation office as directed. During that visit he admitted to consuming methamphetamine while incarcerated at Yakima County Jail. Mr. Mancilla stated he was using methamphetamine on a high frequency while in custody. The undersigned collected a urinalysis sample (UA) which yielded a presumptive positive result for methamphetamine. The undersigned instructed Mr. Mancilla to report next on March 5, 2018. Mr. Mancilla failed to report as directed.

On March 6, 2018, the undersigned attempted to located Mr. Mancilla at his residence with no success. The undersigned left a business card instructing Mr. Manilla to report by 3 p.m.

Prob12C
**Re: Mancilla, Horacio**
**March 7, 2018**
**Page 2**

on March 6, 2018. Mr. Mancilla failed to report as directed and his current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 7, 2017

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

03/07/2018

Date